On respondent's petition for reconsideration filed June 29, and appellant's response to state's petition for reconsideration filed July 5, reconsideration allowed; opinion (168 Or App 249, 6 P3d 1110) adhered to as modified August 30, 2000

STATE OF OREGON,
*Respondent,*

*v.*

RAYMOND PATRICK OGDEN,
*Appellant.*

(109704562; CA A99667 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

RAYMOND PATRICK OGDEN,
*Appellant.*

(159701214B; CA A99740)
(Cases Consolidated)

6 P3d 1109

Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General and Ann Kelley, Assistant Attorney General, for petition.

Robin L. Jones, Deputy Public Defender, for response.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

DE MUNIZ, P. J.

**DE MUNIZ, P. J.**

The state petitions for reconsideration of our opinion in *State v. Ogden*, 168 Or App 249, 6 P3d 1110 (2000), to clarify the effect of our decision. In *Ogden*, defendant appealed from his conviction for four counts of coercion, ORS 163.275, two counts of assault in the fourth degree, ORS 163.160, and one count each of harassment, ORS 166.065, and menacing, ORS 163.190. Although defendant's brief only assigned error to his conviction for four counts of coercion, the state correctly points out that our final disposition inadvertently failed to resolve defendant's appeal as to the four misdemeanor counts. We therefore grant reconsideration to clarify the effect of our earlier opinion. Accordingly, the disposition is modified to read: "Reversed and remanded as to four counts of coercion; otherwise affirmed."

Reconsideration allowed; opinion adhered to as modified.